**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAMUEL LOPEZ,

          **Plaintiff,**

    **v.**

**9C REALT ASSOCIATES L.P. and HIGHER GROUNDS CAFÉ, INC.,**

          **Defendants.**

Case No. 26 CV 01338 LJL

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ravi Ivan Sharma, Esq., of the Law Offices of Ravi Ivan Sharma, hereby appears as counsel of record for Defendants, **HIGHER GROUNDS CAFE, INC.**, in the above-captioned matter, and respectfully requests that all future pleadings, notices, correspondence, and other papers filed or served in this action be served upon the undersigned at the address set forth below.

Respectfully Submitted,

Dated: April 23, 2026

New York, New York

SHARMALAW - RAVI IVAN SHARMA P.C.

/s/
Ravi Ivan Sharma
26 Broadway Suite 1108
New York, NY 10004
Tel.: (212) 537-5957
ravi@sharmalaw.com

*Attorneys for Defendant Higher Grounds Café, Inc.*

1