MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**May 21, 2026**

Honorable Lewis J. Liman
U.S. District Court Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> **Re:**  **Samuel Lopez v. 9C Realty Associates L.P. et al**
> **Civil Action No.:  1:26-cv-01338-LJL**
> **Joint Notice of Settlement**

Dear Honorable Judge Liman,

We represent Plaintiff in the above-styled action.

Pursuant to the Court's April 21, 2026 Scheduling Order [DE#7], the Parties are required to participate in the May 22, 2026 Initial Pre-Trial Conference. Tantamount to that end, the Parties jointly file this notice to apprise the Court that after diligent negotiations, a Settlement in Principle has just been attained today, and the parties are currently enveloped in the process of preparing the requisite Settlement papers and agreements therewith.

Given that the Parties have resolved this matter and are now perfecting those terms within the Settlement instrument, they expound that a Stay of all deadlines, namely the Conference, would preserve judicial economy and the Parties' litigation expenses. Thereon, the Parties would jointly request that at Your Honor's sagacious discretion, the Court might enter a Stay of all further deadlines during the pendency of the Settlement process, which should be completed within the next forty-five days, or there around.

Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM

PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only