**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

_____x

**Samuel Lopez**,

                    Plaintiff,                    Case No.:  **1:26-cv-01338-LJL**

   -v-                                          **JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**
**FED. R. CIV. P. 41(a)(1)(A)(ii)**

**9C Realty Associates L.P.** and
**Higher Grounds Café, Inc.,**

                    Defendants.

_____x

Plaintiff Samuel Lopez and Defendant Higher Grounds Café, Inc. ("appearing parties"), by and through their undersigned counsel, hereby stipulate and agree, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this action (the "Action") with prejudice, in its entirety and as against both Defendants Higher Grounds Café, Inc. and 9C Realty Associates L.P., and the appearing parties shall bear their own respective fees and costs except as otherwise agreed in writing and executed by such parties. Appearing parties' counsel have consented to the filing of this Stipulation and to the electronic affixation of their /s/ signatures. Defendant 9C Realty Associates L.P. has not appeared in this Action, and its signature is therefore not required under Fed. R. Civ. P. 41(a)(1)(A)(ii).

    Respectfully submitted,

    IN WITNESS WHEREOF, the undersigned hereunto execute this Agreement.

| **Samuel Lopez, Plaintiff** | **Higher Grounds Cafe Inc. Defendant** |
|---|---|
| June 2, 2026 | June 2, 2026 |
| By: _____/s/_____ | By: _____/s/_____ |
| Maria-Costanza Barducci, Esq. | Ravi Ivan Sharma, Esq. |
| _Attorney for Plaintiff_ | _Attorney for Defendant, Higher Grounds Cafe Inc._ |
| Barducci Law Firm, PLLC | SHARMALAW – Ravi Ivan Sharma, P.C. |
| 5 West 19th Street, 10th Floor | 26 Broadway, Suite 1108 |
| New York, New York 10011 | New York, New York 10011 |
| (212) 433-2554 | (212) 537-5957 |
| MC@BarducciLaw.com | ravi@sharmalaw.com |

**SO ORDERED:**

Dated: _____ New York, New York


_____
        Hon. LEWIS J. LIMAN
      United States District Judge

Cc: Via DM/ECF